NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KHONESAVANH KAKHANKHAM,       )
DOC #C09650,                  )
                              )
          Appellant,          )
                              )
v.                            )     Case No. 2D18-1820
                              )
STATE OF FLORIDA,             )
                              )
          Appellee.           )
_____)

Opinion filed May 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County, Michael F. Andrews,
Judge.

Khonesavanh Kakhankham, pro se.


PER CURIAM.


          Affirmed.


CASANUEVA, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.